## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DAVID SCOTT CORBIN,** | ) |
| Movant, | ) |
| vs. | ) CIVIL NO. 07-650-MJR |
| **UNITED STATES OF AMERICA,** | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

Before the Court is Movant's motion to dismiss his motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 (Doc. 3). The Court liberally construes the instant motion as one seeking voluntary dismissal of the § 2255 action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. *See* Rule 12 of the Rules Governing § 2255 Proceedings for the United States District Courts. Movant's motion to dismiss his § 2255 action is **GRANTED**. The dismissal is without prejudice. The Clerk is **DIRECTED** to **CLOSE THIS CASE**.

**IT IS SO ORDERED**.

DATED this 13th day of December, 2007.

                                              **s/ Michael J. Reagan**
                                              **MICHAEL J. REAGAN**
                                              **United States District Judge**